[No. 17084-5-III.     Division Three.     April 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MANJIT SINGH KHALSA, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 97-1-00095-5, Richard W. Miller, J., entered October 29, 1997. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 17140-0-III.     Division Three.     April 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD H. REDFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-01193-6, Robert N. Hackett, Jr., J., entered December 22, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17250-3-III.     Division Three.     April 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CINDY SUE HRONEK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00225-8, Paul A. Bastine, J., entered January 16, 1998. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.